# In the United States District Court
# for the Southern District of Georgia
# Waycross Division

| | |
|---|---|
| TROY BRIAN HANCOCK, JR., <br><br> Plaintiff, <br><br> v. <br><br> OFFICER ZACKARY LYTLE, and OFFICER ETHAN ARNOLD, <br><br> Defendants. | 5:23-cv-68 |

## ORDER

The Magistrate Judge issued a Report and Recommendation for the Court to grant as unopposed Defendants' Motion to Dismiss, deny as moot Defendants' Motion for Summary Judgment, and to dismiss without prejudice Plaintiff's Complaint based on his failure to follow this Court's Orders and Local Rules and to prosecute. Dkt. No. 34. Plaintiff did not file Objections to this Report and Recommendation, and the time to do so has elapsed. In fact, this Court's mailing was returned as undeliverable. Dkt. No. 35.

Accordingly, upon review, I find no clear error in the Magistrate Judge's Report and Recommendation and **ADOPT** the Report and Recommendation as the opinion of the Court. See Macort v. Prem, Inc., 208 F. App'x 781, 784 (11th Cir. 2006) (If no specific objections are made or no objections are made at all, "the appropriate standard of review for the report and recommendation

is clear error."). I **GRANT as unopposed** Defendants' Motion to Dismiss, **DENY as moot** Defendants' Motion for Summary Judgment, and **DISMISS without prejudice** Plaintiff's Complaint based on Plaintiff's failure to comply with this Court's Orders and Local Rules and to prosecute. I also **DIRECT** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal and **DENY** Plaintiff *in forma pauperis* status on appeal.

**SO ORDERED**, this 31 day of March, 2025.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

2